[No. 35407-8-I.     Division One.     May 8, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID A. KING, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-02525-9, Ricardo S. Martinez, J., entered September 22, 1994. *Reversed* by unpublished per curiam opinion.

[No. 13651-5-III.     Division Three.     May 9, 1995.]

*In the Matter of the Marriage of* LAWRENCE E. CALDARULO, *Respondent, and* SUSAN CALDARULO, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-3-02996-9, James M. Murphy, J., entered October 18, 1993. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.

[No. 16857-0-II.     Division Two.     May 10, 1995.]

VIRGINIA HUBER, *Respondent*, v. DONALD HUBER, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-10525-7, Karen L. Strombom, J., entered January 8, 1993. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Fleisher, J.

[No. 13056-8-III.     Division Three.     May 11, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS EDWARD MAUPIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 89-1-00433-1, Marcus M. Kelly, J., entered February 5, 1993. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.